*Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 534. KENNEDY *v.* TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *Thurgood Marshall, W. Robert Ming* and *Z. Alexander Looby* for petitioner. *Nat Tipton* for respondent.

No. 569. ASPINOOK CORPORATION *v.* BRIGHT, U. S. DISTRICT JUDGE. C. C. A. 2d. Certiorari denied. *Dean Hill Stanley* and *Thomas F. Daly* for petitioner. *Milton Paulson* for respondent.

No. 164, Misc. McGUIRE ET AL. *v.* UNITED STATES. C. C. A. 6th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 167, Misc. WILLIAMS *v.* UNITED STATES. C. C. A. 6th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for the United States.

No. 169, Misc. BYRD *v.* PESCOR, WARDEN. C. C. A. 8th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 176, Misc. NOLAN *v.* UNITED STATES. C. C. A. 8th. Certiorari denied. Petitioner *pro se. Solicitor*